390 A.2d 289

Burton v. Southeastern Pennsylvania Transportation
Authority, Appellant.

Argued March 20, 1978. Lewis Van Dusen, with him Janice L. Kolber, for appellant; James E. Beasley, for appellee.

Order affirmed.

390 A.2d 289

Collins, Appellant, v. Perkins et al.

Argued March 20, 1978. D. Cohen, with him Robert M. Fellheimer, for appellant; Max Landon Spencer, for appellees.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.